# Ramsey & Associates
## Personnel Management, Inc.
871 Merriman Road • Akron, Ohio 44303 • (330) 836-1168
Fax (330) 836-1168 • E-Mail: patramassoc@neo.rr.com

---

# INVOICE

Invoice No. 0896
Date:   9/02/08

## Customer

**Name:** City of Streetsboro

**Address:** 9184 State Route 43

**City:** Streetsboro    **State:** OH    **ZIP:** 44241

**ATTN:** Gloria Yeager

---

| References | Description | Unit Price | Total |
|---|---|---|---|
| 2 | Fire Captain Exam | @$250.00 | $500.00 |
|  |  | **TOTAL:** | **$500.00** |

---

**Please make checks payable to Ramsey & Associates Personnel Management, Inc.**

**Note: Invoices not paid within 30 days will be billed an additional ten percent.**

**Note: This exam was scheduled for 9/18/08, but was cancelled. In the future, if the same exam is administered, this fee will be deducted from the invoice.**

*[signature: Pat Ramsey]*

*[handwritten: Ex 61, 3-30-11, Dimitrius]*